UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WADE A. STRASSBURG,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 2:21-cv-00045

Hon. Maarten Vermaat
U.S. Magistrate Judge

## **JUDGMENT**

In accordance with the Order of Remand issued herewith, **IT IS ORDERED** that the ALJ's decision is **REVERSED** and this matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  November 3, 2021

/s/ *Maarten Vermaat*
Maarten Vermaat
U. S. MAGISTRATE JUDGE